[No. 29267. *En Banc.* June 12, 1945.]

LILA N. LOWRY, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*[1]

*The Attorney General* and *L. E. O'Neill, Assistant,* for appellant.
*Wilkinson & Langsdorf* and *Harry Ellsworth Foster,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* the majority of the court adhere to the Departmental opinion heretofore filed herein, and reported in 21 Wn. (2d) 538, 151 P. (2d) 822.

[1] Reported in 159 P. (2d) 622.